IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

469 COUNTY ROAD BALDWYN                                                         PLAINTIFF
PROPERTIES, LLC[1]

V.                                                              CIVIL ACTION NO. 1:18-CV-121-SA-DAS

MANCHESTER ANIKA, LLC                                                         DEFENDANT

### ORDER AND FINAL JUDGMENT

For all of the reasons fully explained in a separate Memorandum Opinion issued this same

day, the Court holds that the Plaintiff's Amended Complaint [18] fails to state a plausible claim for

relief. The Defendant's Motion to Dismiss [19] for failure to state a claim is GRANTED, and this

case is DISMISSED with prejudice.

It is so ORDERED, on this the 13th day of August, 2019.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE

---

[1] Triyar, the original Plaintiff, filed a Motion to Amend [12] its Complaint [1] to substitute Baldwyn Properties as the
correct Plaintiff and the Court granted that request.